SID P. CHILDRESS v. MURRAY J. ABELES AND CLARENCE A. TROUT-MAN, T/A UNIVERSAL COMPANY.

(Filed 13 April, 1955.)

PETITION by defendants to rehear the above entitled case, which is reported in 240 N.C. 667, 84 S.E. 2d 176.

*Thomas Turner, Jordan & Wright, and Perry C. Henson for Plaintiff, Respondent.*
*Womble, Carlyle, Sandridge & Rice and Arthur A. Beaudry for Defendants, Appellants.*

PER CURIAM.  The petition to rehear was ordered docketed by the two Justices to whom it was referred, and the Court directed an oral argument.  After the rehearing it is ordered that the petition be
Dismissed.

BARNHILL, C. J., and DEVIN, J., took no part in the consideration or decision of this rehearing.